UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SAVERS 99 CENT MINI-MART, *et al.*,<br><br>　　　　　　　Defendants. | Civil No. 06-CV2569-L(RBB)<br><br>**ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL** |

　　　On March 26, 2007, Plaintiff filed a motion for voluntary dismissal. To date no appearance has been made by any adverse party. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a) and good cause appearing therefor, the complaint in this action is hereby **DISMISSED WITH PREJUDICE**.

　　　**IT IS SO ORDERED.**

DATED: March 27, 2007

　　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　　United States District Court Judge

COPY TO:

HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE
ALL PARTIES/COUNSEL